MOORE v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department; September 15, 1915.) In the matter of the claims of Ralph Raymond Moore for compensation for injuries, claimant-respondent, against the Lehigh Valley Railroad Company, employer-appellant. No opinion. Motion granted. See, also, 154 N. Y. Supp. 620.

MOOSMAN, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Johanna Miller Moosman, as administratrix, etc., against the New York, New Haven & Hartford Railroad Company. PER CURIAM. Motion granted, without costs, and case set down for reargument on September 29, 1915. For former opinion, see, 164 App. Div. 961, 149 N. Y. Supp. 1098. MILLS, J., takes no part.

MOOT, Appellant, v. MOOT, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Richmond D. Moot against Margaret A. Moot. PER CURIAM. Order modified by reducing counsel fee to $1,250, and, as modified, affirmed, without costs. See, also, 165 App. Div. 943, 945, 150 N. Y. Supp. 1098. WOODWARD, J., not sitting.

MORE, Respondent, v. CONTINENTAL INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Morgan B. More against the Continental Insurance Company. PER CURIAM. Judgment and order affirmed, with costs. Held that the question of waiver was properly submitted to the jury. And held, further, that the contention of the defendant that it conclusively appeared that there was no abandonment of the automobile to the defendant is not sustained by the evidence; that, in the view most favorable to the defendant, it was a question of fact which the defendant did not ask to have submitted to the jury. FOOTE, J., dissents upon the ground that, up to the time the stolen car was found and recovered, plaintiff had not abandoned the car to defendant, but was entitled to claim the car as his property had he deemed it for his interest so to do; if he had this right, then defendant had an equal right to restore the car to the plaintiff.

MORIARITY, Respondent, v. SCHENECTADY ILLUMINATING CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by William Moriarity against the Schenectady Illuminating Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 154 N. Y. Supp. 1134.

MORIARITY v. SCHENECTADY ILLUMINATING CO. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by William Moriarty against the Schenec-

tady Illuminating Company. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1134.

MORRISSEY, Respondent, v. NEW YORK RYS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Mary Morrissey, for compensation to herself and children under the Workmen's Compensation Law (Consol. Laws, c. 67) for the death of John Morrisey, against the New York Railways Company, employer and self-insurer. No opinion. Award affirmed. See, also, 154 N. Y. Supp. 1134.

MORRISSEY v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the claim of Mary Morrissey, claimant-respondent, for compensation for herself and children under the Workmen's Compensation Law (Consol. Laws, c. 67) for the death of John Morrissey, against the New York Railways Company, employer and self-insurer. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1134.

MOURATOUPOULO v. JOBSON-GIFFORD CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Demetrio Mouratoupoulo against Jobson-Gifford Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MUNDY, Appellant, v. MASON & HANGER, CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles D. Mundy against the Mason & Hanger Company. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

MURPHY, Respondent, v. GOODHART, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by James Murphy against Philip J. Goodhart. No opinion. Judgment and order unanimously affirmed, with costs.

MURPHY, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by Dennis Murphy against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

NATIONAL CAR WHEEL CO., Respondent, v. ROCHESTER IRON & METAL CO., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by the National Car Wheel Company against the Rochester Iron & Metal Company and one. No opinion. Order affirmed, with $10 costs and disbursements.